FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. CARNEGIE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSIAH LOOS, in his official capacity and his individual capacity; KYLE LEAVENWORTH, in his official capacity and his individual capacity; and SPOKANE COUNTY, WASHINGTON,<br><br>　　　　Defendants. | No. 2:22-CV-00205-SAB<br><br>**ORDER OF DISMISSAL** |

　　　Before the Court is the parties' Stipulated Motion for Dismissal of All Claims With Prejudice, ECF No. 11. The parties stipulate and move the Court to dismiss all claims against Defendants in this matter with prejudice, with each party to bear their own attorney's fees and costs. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion and dismiss the case.

//
//
//
//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion for Dismissal of All Claims With Prejudice, ECF No. 11, is **GRANTED**.

2. The above-captioned case and all claims against Defendants are **DISMISSED with prejudice** and without costs or attorney's fees to any party.

3. The trial date and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **CLOSE** the file.

**DATED** this 31st day of March 2023.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** \*2